# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4753

_____

THOMAS HOME CORPORATION,

Appellant,

v.

GRANDE OAKS FARM -1ST
ADDITION HOMEOWNERS
ASSOCIATION, INC.,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

September 19, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and WOLF and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Todd M. LaDouceur and Chris K. Ritchie of Galloway, Johnson, Tompkins, Burr & Smith, P.L.C., Pensacola, for Appellant.

Kenneth B. Bell of Gunster, Yoakley & Stewart, P.A., Tallahassee, for Appellee.